AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

ZipWall, LLC

v.

C & S Manufacturing, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10079 REK

TO: (Name and address of Defendant)

C & S Manufacturing, Inc.
1100 Westfield Way
Mundelein, Illinois 60060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Lowrie, Esq.
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JAN 14 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 31, 2004 |
| NAME OF SERVER *(PRINT)* <br> James Joyce | TITLE <br> Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Ann Brown — Agent of Process
CTS Manufacturing, Inc.
1100 Westfield Way
Mundelein, IL 60060

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 18 MI | Process Service | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/04
                   Date

Signature of Server  *James Joyce*

Address of Server  1560 Sherman Ave., Evanston, IL 602__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.