IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>    Plaintiff<br><br>v.<br><br>C & S MANUFACTURING INC.,<br><br>    Defendant. | Civil Action No.: 04-CV-10079 (REK) |

NOTICE OF APPEARANCE

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Plaintiff Zipwall, LLC in the above-identified action.

Dated: May 26, 2004

Respectfully submitted,

_____
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served by first class mail on Eric P. Martin, Grossman & Flight, LLC, 20 N. Wacker Drive, Suite 4220, Chicago, IL 60614 on this 26th day of May, 2004.

Dated: May 26, 2004

_____
Emily A. Berger