UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
ZIPWALL, LLC,                       )
     Plaintiff                      )
                                    )
     v.                             )   CIVIL ACTION
                                    )   NO. 04-10079-REK
C&S MANUFACTURING, INC.,            )
     Defendant                      )
_____)
```

ORDER
June 2, 2004

The court will hear and decide at the scheduled conference of June 9, 2004, the motion of defendant's counsel for leave to withdraw from representation (Docket No. 9).

Out-of-state defense counsel are not required to be present at that time, as long as they provide to the clerk a telephone number at which they can be reached in the event a need arises in the court's view.

_____/s/Robert E. Keeton___

Robert E. Keeton
Senior United States District Judge