IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

ZIPWALL, LLC )
)
                  Plaintiff, ) Civil Action No.: 04-CV-10079
v. )
) District Judge: Robert E. Keeton
C&S MANUFACTURING, INC. )
)
                  Defendant. )
)

## DEFENDANT'S (PROPOSED) DISCOVERY PLAN

Grossman & Flight, LLC (hereinafter "G&F"), and its local counsel, Robbins, Kaplan, Miller & Ciresi, LLP (hereinafter "RKM&C"), currently have a Motion to Withdraw pending before this Court that they filed on May 5, 2004. On May 26, 2004, Plaintiffs filed a Proposed Discovery Plan in anticipation of the Court's June 9, 2004 Rule 16(b) scheduling conference. Prior to filing the Proposed Discovery Plan, counsel for Plaintiffs contacted the undersigned in an effort to confer on the proposed dates. In response, the undersigned stated that all of the Plaintiff's proposed dates were extremely premature. (Ex. A.)

Although currently awaiting the Court's decision on the pending Motion to Withdraw, Defendant's propose the following alternative pre-trial schedule:

| Event | Defendant's Proposed Date |
|---|---|
| Initial *Markman* claim construction briefs | October 15, 2004 |
| *Markman* claim construction response briefs | October 29, 2004 |
| Amending pleadings to add parties | December 17, 2004 |
| Expert reports served on issues on which a party bears the burden of proof | January 14, 2005 |
| Rebuttal expert reports | February 11, 2005 |
| Close of all discovery | March 11, 2005 |
| Deadline for filing dispositive motions | April 8, 2005 |
| Final pretrial conference | June 10, 2005 |

Defendants object to an expedited trial schedule as proposed by the Plaintiffs.

Respectfully submitted,

Dated: June 1, 2004          Signed:     _____
Lee F. Grossman (Lead Counsel)
Eric P. Martin
Jeffrey M. Drake
GROSSMAN & FLIGHT, LLC
20 North Wacker Drive, Suite 4220
Chicago, IL 60606
Telephone: (312) 580-1020
Facsimile (312) 580-9696

Tina M. Traficanti (Local Counsel)
Alan E. McKenna
ROBINS, KAPLIN, MILLER & CIRESI, LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

## CERTIFICATE OF SERVICE

I hereby certify that a copy of DEFENDANT'S (PROPOSED) DISCOVERY PLAN has been served via facsimile and U.S. First Class Mail, postage pre-paid, on June 1, 2004, to:

Matthew B. Lowrie
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street
Cambridge, MA  02142
Facsimile: (617) 395-7070

_____
Attorney for Defendant.