UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                )
ZIPWALL, LLC,                                          )
           Plaintiff                                            )
           v.                                                     )     CIVIL ACTION
                                                                )     NO. 04-10079-REK
C & S MANUFACTURING, INC.,              )
           Defendant                                         )
_____)

ORDER
June 9, 2004

           The court hereby orders defendant, C & S Manufacturing, Inc., to appear before

this court at noon on June 23, 2004, to show cause, if any exists, why it should not be held in

default, and suffer judgment against it.

_____/s/Robert E. Keeton_____

Robert E. Keeton
Senior United States District Judge