IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN ...
DATE: 8/3/04

---

ZIPWALL, LLC,

    Plaintiff

v.

C & S MANUFACTURING INC.,

    Defendant.

Civil Action No.: 04-CV-10079 (REK)

*8/3/04 Allowed. Robert.... James Judge*

### PLAINTIFF'S MOTION FOR FINAL JUDGMENT

Plaintiff ZipWall, LLC ("ZipWall") hereby moves for entry of the Final Judgment attached hereto as Exhibit A. Defendant C&S Manufacturing Inc. ("C&S") has not shown cause why it should not be held in default and suffer judgment against it.

WHEREFORE, ZipWall requests that this Court enter the Final Judgment attached hereto as Exhibit A.

Respectfully submitted,

ZIPWALL, LLC

August 3, 2004    by:    *[signature]*

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

744879.1